UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION, | Civil No.   11-md-2295-JAH (BGS)<br><br>**NOTICE AND ORDER CONVERTING SETTLEMENT CONFERENCE** |

On May 3, 2013, the Court conferred with Plaintiffs' Interim Co-Class Counsel, Plaintiffs' Liaison Counsel, and Defendants' Counsel. After conferring with counsel, the Court finds it appropriate to covert the Settlement Conference scheduled for May 8, 2013, in the above-captioned putative consolidated class action from an in person conference to a telephonic conference. Accordingly, **IT IS HEREBY ORDERED**:

1.   A Settlement Conference shall be conducted on **May 8, 2013**, at **9:30 a.m.** before Magistrate Judge Bernard G. Skomal. The conference shall be <u>telephonic. The only attorneys who shall be a part of the conference are Interim Co-class Counsel, Plaintiffs' Liaison Counsel, and counsel for the Defendants.</u> **Counsel for individual actions are not required nor expected to join the call.** Counsel for Plaintiffs shall coordinate and initiate the conference call. When all call participants are on the phone please call (619) 557-2993

to reach chambers.

2. The principal attorneys responsible for the litigation must be on the call and legally and factually prepared to discuss and resolve the case at the Settlement Conference. Defendants' party representative(s) with full and unlimited authority to negotiate and enter into a binding settlement are also to be available by phone. Retained outside corporate counsel shall not appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement. Availability of Plaintiffs is also not required.

3. Counsel should be prepared to discuss exchanging informal discovery regarding matters necessary for settlement discussions, including but not limited to discovery relating to class size. Counsel should also be prepared to discuss possible dates for future, in person settlement conferences.

Failure to attend the conference or obtain proper excuse will be considered grounds for sanctions.

Dated: May 3, 2013

**BERNARD G. SKOMAL**
United States Magistrate Judge